JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASA NUOVA ITALIAN CUISINE, INC. <br><br> Plaintiff, <br><br> vs. <br><br> AMCO INSURANCE COMPANY; NATIONWIDE INSURANCE COMPANY OF AMERICA; and DOES 1-50 inclusive, <br><br> Defendants. | CASE NO. 2:21-cv-09339-DSF(AGRx) <br><br> Judge:   Hon. Dale S. Fischer <br> Magistrate: Hon. Alicia G. Rosenberg <br><br> **ORDER GRANTING JOINT STIPULATION FOR DISMISSAL** <br><br> Complaint Filed: 9/30/2021 |

    The Joint Stipulation for Dismissal submitted by Plaintiff Casa Nuova Italian Cuisine, Inc. and Defendants AMCO Insurance Company and Nationwide Insurance Company of America, having been considered by the Court and good cause appearing is GRANTED.

    IT IS SO ORDERED.

DATED: November 21, 2022

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE

-1-